*March 4, 1930.*

TREVES, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *Richard P. Murray* of Marinette, attorney, and *Daniel J. O'Hara* of Iron Mountain, Mich., of counsel.

For the respondent Industrial Commission: *John W. Reynolds,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents Federal Rubber Company and another: *Olin & Butler* of Madison.

*By the Court.*—Judgment affirmed; no costs to be taxed.

NATIONAL SURETY COMPANY, Respondent, vs. BADGER TRUCKING COMPANY, INC., Defendant, and NEEB and others, Appellants.   [Three appeals.]

For the appellant John Stellpflug: *Harvey C. Hartwig* of Milwaukee.

For the appellant P. J. Schulteis: *A. H. Smith* of Milwaukee, attorney, and *F. J. Smith* of Merrill of counsel.

For the appellant John Neeb: *Harvey C. Hartwig* and *A. H. Smith,* both of Milwaukee.

For the respondent: *Miller, Mack & Fairchild* of Milwaukee.

*By the Court.*—Judgment affirmed.